BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JACK D. ROSS
Assistant United States Attorney
Chief, Civil Fraud Section
HUNTER B. THOMSON
Deputy Chief, Civil Fraud Section
CORY L. WEBSTER
Assistant United States Attorney
California State Bar No. 274404
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-3348
    Fax: (213) 894-7819
    Email: Cory.Webster@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiff[s],<br><br>    v.<br><br>**[UNDER SEAL]**,<br><br>    Defendant[s]. | No. 2:22-CV-04784-SPG-MAAx<br><br>UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST TO UNSEAL THE CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JACK D. ROSS
Assistant United States Attorney
Chief, Civil Fraud Section
HUNTER B. THOMSON
Deputy Chief, Civil Fraud Section
CORY L. WEBSTER
Assistant United States Attorney
California State Bar No. 274404
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-3348
    Fax: (213) 894-7819
    Email: Cory.Webster@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RELATOR LLC, a California limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONS DIRECT MORTAGE, LLC, a California Limited Liability Company; and DOES 1-10,<br><br>    Defendants. | No. 2:22-CV-04784-SPG-MAAx<br><br>UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST TO UNSEAL THE CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

Under the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America ("United States") hereby notifies the Court of its decision not to intervene in the above-captioned action.

Although the United States declines to intervene, 31 U.S.C. § 3730(b)(1) permits the *qui tam* plaintiff Relator LLC ("Relator") to maintain this action in the name of the United States provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Notwithstanding this statutory language, the Ninth Circuit has held that the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723–25 (9th Cir. 1994). Accordingly, should either the Relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the United States requests that the parties notify the United States of the same and that the Court provide the United States with an opportunity to be heard before ruling or granting its approval.

The United States also requests, under 31 U.S.C. § 3730(c)(3), that all pleadings filed in this action be served upon the United States and that orders issued by the Court in this action be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts, to intervene at a later date for good cause, and to seek the dismissal of this action or any claims therein. The United States also requests that it be served with all notices of appeal in this action.

Finally, the United States requests that the complaint (including any amended complaints), this notice, and the accompanying proposed order should be unsealed and that all other papers filed or lodged to date in this action should remain permanently under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the United States' investigation and, thereby, evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is lodged concurrently herewith.

                         Respectfully submitted,

Dated: April 21, 2025         BILAL A. ESSAYLI
                                   United States Attorney
                                   DAVID M. HARRIS
                                   Assistant United States Attorney
                                   Chief, Civil Division
                                   JACK D. ROSS
                                   Assistant United States Attorney
                                   Chief, Civil Fraud Section
                                   HUNTER B. THOMSON
                                   Assistant United States Attorney
                                   Deputy Chief, Civil Fraud Section

                                   /s/ Cory L. Webster
                                   CORY L. WEBSTER
                                   Assistant United States Attorney
                                   Attorneys for the United States of America

## PROOF OF SERVICE BY EMAIL

I am the Assistant United States Attorney who has been assigned responsibility for handling the above-captioned action. I am a member of the Bar of the State of California, and I am admitted to appear before this Court.

On April 21, 2025, in accordance with the parties' stipulation to accept service by email, I served UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST TO UNSEAL THE CASE on each person or entity named below by email sent to the following recipients:

David Hecht
dhecht@hechtpartners.com
Kristen Nelson
knelson@hechtpartners.com
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, NY 10017

Attorneys for Relator LLC

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: April 21, 2025, at Los Angeles, California.

                        /s/ Cory L. Webster
                        CORY L. WEBSTER