FILED
CLERK, U.S. DISTRICT COURT

4-25-2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PG___ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. **[UNDER SEAL]**,<br><br>Plaintiff[s],<br><br>v.<br><br>**[UNDER SEAL]**,<br><br>Defendant[s]. | No. 2:22-CV-04784-SPG-MAAx<br><br>ORDER RE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST TO UNSEAL THE CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST TO UNSEAL THE CASE] |

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA ex rel. RELATOR LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONS DIRECT MORTAGE, LLC, a California Limited Liability Company; and DOES 1-10,<br><br>Defendants. | No. 2:22-CV-04784-SPG-MAAx<br><br>ORDER RE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION AND REQUEST TO UNSEAL THE CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]** |
|---|---|

The United States of America ("United States") having declined to intervene in the above-captioned action ("this action") under the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS HEREBY ORDERED THAT:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below. The complaint is unsealed, and the Relator shall serve it upon the defendants.

2. This Order and the United States' Notice of Election to Decline Intervention and Request to Unseal the Case are both unsealed, and the Relator shall serve both, along with the complaint, upon the defendants.

3. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person.

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order.

5. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States as provided for in 31 U.S.C. § 3730(c)(3).

6. Should the Relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States with notice of the same, and the Court will provide the United States with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

DATED: April 25, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE