BUCHALTER
A Professional Corporation
Daniel C. Silva (SBN: 264632)
Kalley R. Aman (SBN 217337)
655 West Broadway, Suite 1600
San Diego, CA 92101-8494
Telephone: 619.219.5335
Email: dsilva@buchalter.com
       kaman@buchalter.com

*Attorneys for Defendant*
*Nations Direct Mortgage, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>*ex rel.* RELATOR LLC, a California limited liability company,<br><br>Relator,<br><br>vs.<br><br>NATIONS DIRECT MORTGAGE, LLC, a California Limited Liability Company; and DOES 1-10,<br><br>Defendants. | CASE NO. 2:22-cv-04784-SPG-MAA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF COMPLAINT AND SETTING DATE FOR RESPONSIVE PLEADING**<br><br>Complaint: July 13, 2022<br>Court:     Hon. Sherilyn Peace Garnett |

Defendant Nations Direct Mortgage, LLC ("Defendant"), by and through its counsel, and Plaintiff-Realtor, Relator LLC ("Relator"), by and through its counsel, (collectively, the "Parties") hereby stipulate to the following:

WHEREAS, on July 13, 2022, Relator filed its Complaint (the "Complaint") under seal on behalf of the United States of America against Defendant;

1  WHEREAS, the Complaint was unsealed on April 25, 2025;

2  WHEREAS, Relator served Defendant on July 8, 2025;

3  WHEREAS, Defendant informed Relator that the Complaint served on
4  Defendant was missing at least one page;

5  WHEREAS, the Parties agree that they wish to avoid litigating issues of
6  service and time to respond to the Complaint;

7  WHEREAS, Defendant has agreed that service will be deemed timely
8  completed by the date of the entry of the Proposed Order attached hereto;

9  WHEREAS, Plaintiff has agreed to grant Defendant 45 days following the date
10 of the entry of the Proposed Order attached hereto to answer or otherwise respond to
11 the Complaint, on the condition that Plaintiff be given at least 30 days to respond to
12 any threshold motions (*i.e.*, a motion to dismiss pursuant to Fed. R. Civ. P. 12);

13 WHEREAS, the Parties agree it will be efficient and otherwise in the interests
14 of justice to set the agreed-upon briefing schedule to provide the Parties time to better
15 address the arguments that may be raised before the Court;

16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the Parties hereto, through their undersigned counsel of record, that the Court enter an order: (1) deeming service of the Complaint timely as of the date of entry of the [Proposed] Order; and (2) setting the date for Defendant's motion to dismiss to be filed or otherwise respond to the Complaint to be 45 days following the date of the entry of the Proposed Order.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: August 8, 2025                HECHT PARTNERS LLP

By:   *s/ Michael K. Eggenberger*
     Michael K. Eggenberger
     Kristen Nelson
     *Attorneys for Plaintiff-Realtor,*
     *Realtor LLC*

DATED: August 8, 2025                BUCHALTER
                                     A Professional Corporation

By:   *s/ Daniel C. Silva*
     Daniel C. Silva
     Kalley R. Aman
     *Attorneys for Defendant*
     *Nations Direct Mortgage, LLC*

\* Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.