# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>*ex rel. Realtor LLC*, and REALTOR LLC,<br>*a California Limited Liability Company*<br><br>Relator,<br><br>v.<br><br>NATIONS DIRECT MORTGAGE, LLC,<br>*a California Limited Liability Company*;<br>and DOES 1-10,<br><br>Defendants. | Case No. 2:22-cv-04784-SPG-MA<br><br>**ORDER GRANTING STIPULATION REGARDING SERVICE OF COMPLAINT AND SETTING DATE FOR RESPONSIVE PLEADING**<br>**[ECF NO. 43]** |

Before the Court is the Parties' Stipulation Regarding Service of Complaint and Setting Date for Responsive Pleading (ECF No. 43 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS as follows:

    1.    Service of the Complaint (ECF No. 1) is deemed timely as of the date of entry of this Order;

2. Defendant Nations Direct Mortgage, LLC shall file its responsive pleading or motion in response to the Complaint within forty-five (45) days of entry of this Order;

3. If Defendant files a motion in response to the Complaint, Plaintiff's response to Defendant's motion shall be filed within thirty (30) days from the date Defendant's motion is filed.

**IT IS SO ORDERED.**

DATED: August 21, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE