BUCHALTER
A Professional Corporation
Daniel C. Silva (SBN: 264632)
Kalley R. Aman (SBN 217337)
David S. Wilson (SBN: 348043)
655 West Broadway, Suite 1600
San Diego, CA 92101-8494
Telephone: 619.219.5335
Email: dsilva@buchalter.com
kaman@buchalter.com
dwilson@buchalter.com

*Attorneys for Defendant*
*Nations Direct Mortgage, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

*ex rel.* RELATOR LLC, a California limited liability company,

Relator,

vs.

NATIONS DIRECT MORTGAGE, LLC, a California Limited Liability Company; and DOES 1-10,

Defendants.

CASE NO. 2:22-cv-04784-SPG-MAA

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

DATE: December 10, 2025
TIME: 1:30 p.m.
COURTROOM: 5C

Complaint: July 13, 2022
Judge: Hon. Sherilyn Peace Garnett

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Nations Direct Mortgage, LLC ("NDM") hereby requests the Court take judicial notice of the following documents, true and correct copies of which are attached as exhibits to the Declaration of David Wilson in support of Defendant's Motion to Dismiss. For efficiency, Exhibit B contains only the pertinent excerpts of data relevant to the instant motion to dismiss, as taken from a voluminous Excel document of nationwide PPP loan recipients.

1. Wilson Decl., Ex. A: Plaintiff Relator LLC's Articles of Incorporation.
2. Wilson Decl., Ex. B: PPP loan information for NDM, obtained from U.S. Small Business Administration webpage (URL) obtained via pandemicoversight.gov, a federally-maintained website.
3. Wilson Decl., Ex. C: PPP loan information for NDM, obtained from ProPublica.org's PPP tracker webpage.
4. Wilson Decl., Ex. D: PACER search results for all 29 cases filed by Plaintiff Relator LLC in the U.S. District Court for the Central District of California. The case citations are as follows:
    1. *United States ex rel. Relator LLC v. West Coast Dental Servs., Inc., et al.*, 2:22-CV-03816-MRA-MAR (filed June 3, 2022);
    2. *United States ex rel. Relator LLC v. Bronchick, et al.*, 2:22-CV-04519-DMG-KS (filed July 1, 2022);
    3. *United States ex rel. Relator LLC v. Gregory Robert Lai, et al.*, 2:22-CV-04520-SVW-MAA (filed July 1, 2022);
    4. *United States ex rel. Relator LLC v. Putella, et al.*, 2:22-CV-04780-JLS-AS (filed July 13, 2022);
    5. *United States ex rel. Relator LLC v. Manela, et al.*, 2:22-CV-04781-MWF-AS (filed July 13, 2022);

6. *United States ex rel. Relator LLC v. Lobel, et al.*, 2:22-CV- 04782-MWF-MBK (filed July 13, 2022);
7. *United States ex rel. Relator LLC v. Riviera Finance LLP, et al.*, 2:22-CV-04783-RGK-PD (filed July 13, 2022);
8. *United States ex rel. Relator LLC v. Nations Direct Mortgage, LLC, et al.*, 2:22-CV-04784-SPG-MAS (filed July 13, 2022) (instant action);
9. *United States ex rel. Relator LLC v. Pham, et al.*, 2:22-CV- 05195-DSF-RAO (filed July 27, 2022);
10. *United States ex rel. Relator LLC v. Kasam, et al.*, 2:22-CV-05198-HDV-JC (filed July 27, 2022);
11. *United States ex rel. Relator LLC v. Hodges, et al.*, 2:22-CV-05200-FWS-GJS (filed July 27, 2022);
12. *United States ex rel. Relator LLC v. Kim, et al.*, 2:22-CV- 05914-DSF-AJR (filed Aug. 19, 2022);
13. *United States ex rel. Relator LLC v. Change Lending, LLC, et al.*, 2:23-CV-00495-KK-PD (filed Jan. 23, 2023);
14. *United States ex rel. Relator LLC v. Uhler, et al.*, 2:23-CV- 00499-CAS-MBK (filed Jan. 23, 2023);
15. *United States ex rel. Relator LLC v. Shupe, et al.*, 2:23-CV-00504-WLH-JPR (filed Jan. 23, 2023);
16. *United States ex rel. Relator LLC v. Bowlby, et al.*, 2:23-CV-02117-SVW-RAO (filed Mar. 21, 2023);
17. *United States ex rel. Relator LLC v. Bergman, et al.*, 2:23-CV-02375-JFW-PVC (filed Mar. 30, 2023);
18. *United States ex rel. Relator LLC v. Schakett, et al.*, 2:23-CV-04780-AB-PD (filed June 16, 2023);

19. *United States ex rel. Relator LLC v. Zach, et al.*, 2:23-CV- 04782-AB-MAA (filed June 16, 2023);
20. *United States ex rel. Relator LLC v. Umansky, et al.*, 2:23-CV-05625-SB-PD (filed July 12, 2023);
21. *United States ex rel. Relator LLC v. Delehanty, et al.*, 2:23-CV-05881-MRA-AS (filed July 20, 2023);
22. *United States ex rel. Relator LLC v. Aziz, et al.*, 2:23-CV- 05883-JLS-E (filed July 20, 2023);
23. *United States ex rel. Relator LLC v. Neil, et al.*, 2:23-CV- 05885-RGK-AGR (filed July 20, 2023);
24. *United States ex rel. Relator LLC v. Tennyson, et al.*, 2:23-CV-05887-SRM-SSC (filed July 20, 2023);
25. *United States ex rel. Relator LLC v. Associated Foreign Exchange Inc., et al.*, 2:24-CV-10086-SB-BFM (filed Nov. 21, 2024);
26. *United States ex rel. Relator LLC v. iLink Employers Company, et al.*, 5:22-CV-01004-RGK-DTB (filed June 17, 2022);
27. *United States ex rel. Relator LLC v. Cardinalli, et al.*, 5:23-CV-00113-HDV-DTB (filed Jan. 23, 2023);
28. *United States ex rel. Relator LLC v. Boone, et al.*, 5:23-CV- 00114-CV-SHK (filed Jan. 23, 2023); and
29. *United States ex rel. Relator LLC v. Sunshine, et al.*, 8:23-CV-00134-JVS-ADS (filed Jan. 23, 2023).

## I. LEGAL STANDARD

Under Federal Rule of Evidence 201, "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be

questioned." Pursuant to Rule 201, "documents not attached to a complaint may be considered if no party questions their authenticity and the complaint relies on those documents." *Harris v. Cnty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012). "Courts may also consider documents incorporated by reference in the complaint." *California Parents for Equalization of Educ. Materials v. Torlakson*, 267 F. Supp. 3d 1218, 1223 n.4 (N.D. Cal. 2017) (citing *Coto Settlement v. Eisenberg*, 593 F.3d 1031, 1038 (9th Cir. 2010)), *aff'd sub nom. California Parents for the Equalization of Educ. Materials v. Torlakson*, 973 F.3d 1010 (9th Cir. 2020).

## II. ARGUMENT

### A. The Court Should Take Judicial Notice of Exhibits A and D to the Wilson Declaration.

"Courts may take judicial notice of undisputed matters of public record." *Torlakson*, 267 F. Supp. at 1223 n.4. Wilson Decl. Exhibit A is the Articles of Incorporation for Relator LLC, filed with the California Secretary of State by Peter Shahriari on May 31, 2022. This exhibit is an undisputed matter of public record and publicly available on a government website, and its veracity is not reasonably subject to dispute. It is thus properly the subject to judicial notice.

Also, Courts "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." *Avilez v. Garland*, 69 F. 4th 525, 527 n.3 (9th Cir. 2023) (quoting *Trigueros v. Adams*, 658 F.3d 983, 987 (9th Cir. 2011)). Here, Wilson Decl. Exhibit D identifies the federal court cases that Relator LLC has filed in the U.S. District Court for the Central District of California. Each of the cases and the related filings are undisputed matters of public record. In other words, the existence of these court documents are not subject to reasonable dispute because their existence may "accurately and readily" be "determined from sources whose accuracy cannot

reasonably be questioned." Fed. R. Evid. R. 201(b); *see also Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F. 3d 741, 746 n.6 (9th Cir. 2006) (taking notice of court filings and other matters of public record); *Lee v. City of Los Angeles*, 250 F.3d 668, 690 (9th Cir. 2001) (noting that a court may take judicial notice of another court's opinion).

**B. The Court Should Take Judicial Notice of Exhibits B and C to the Wilson Declaration.**

Exhibit B is the PPP borrower information for NDM that has been made available by the Government. The U.S. Government maintains and operates PandemicOversight.gov, a website identifying COVID-19 relief spending, including PPP loans and information about borrowers, lenders, and loans. The Pandemic Response Accountability Committee of the Council of the Inspectors General on Integrity and Efficiency maintains the website and the PPP data. The Committee was created to "conduct and support oversight" of the federal government's response to the COVID-19 pandemic. Coronavirus Aid, Relief, and Economic Security Act, Pub. L. No. 116-136, 134 Stat. 281, 534 (2020). PandemicOversight.gov offers the borrower information data in a downloadable spreadsheet format through a direct link to the U.S. Small Business Administration website.

Other courts have taken judicial notice of this PPP borrower information. After a party requested judicial notice of "excerpts of PPP borrower information . . . obtained from PandemicOversight.gov," the court granted the request because the excerpts from an official website of the United States government contain facts that can "accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *United States ex rel. Relator LLC v. Koostra*, No.1:22-CV000924-TLN- CDB, 2024 WL 3666470, *3-4, n.2 (E.D. Cal. Aug. 6, 2024) (citing Fed. R. Evid. 201(b)). Recently, Judge Selna took judicial notice of this

same PPP borrower information data maintained on PandemicOversight.gov. *See United States ex rel. Relator LLC v. Steven Sunshine et al.*, No. 8:23-cv-00134-JVS-ADS (Dkt. 43, C.D. Cal. June 30, 2025). The Court should thus take judicial notice of Wilson Decl. Exhibit B.

Similarly, courts "may take judicial notice of publications introduced to 'indicate what was in the public realm at the time, not whether the contents of those articles were in fact true.'" *Gallagher v. Philipps*, 563 F. Supp. 3d 1048, 1071 (S.D. Cal. 2021); *see also Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010) (judicially noticing "the fact that various newspapers, magazines, and books have published information about the [subject of the suit]"). Wilson Decl. Exhibit C is from the investigative journalism website ProPublica.org and is publicly available at https://projects.propublica.org/coronavirus/bailouts/loans/nations-direct-mortgage-llc-4003157204. The existence of the publically-available loan data found at this URL—which tracks the factual allegations against NDM in this case—is not subject to a reasonable dispute and is thus a judicially noticeable fact. As courts in this District have done in similar cases filed by Relator LLC, *see Sunshine*, No. 8:23-cv-00134-JVS-ADS and *Koostra*, No.1:22-CV000924-TLN-CDB, the Court should take judicial notice of this document as well.

///

///

///

///

///

///

///

///

## III. CONCLUSION

For the reasons above, Defendant NDM requests the Court take judicial notice of Exhibits A, B, C, and D to the Declaration of David Wilson.

DATED: October 6, 2025

BUCHALTER
A Professional Corporation

By: *s/ Daniel C. Silva*
Daniel C. Silva
Kalley R. Aman
David S. Wilson
*Attorneys for Defendant, Nations Direct Mortgage, LLC*